UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SHERRI JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>            Defendant. | Case No. 2:16-cv-02327-JAM-AC<br><br>Assigned to Hon. John A. Mendez<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY 28 DAYS PURSUANT TO LOCAL RULE 144(c)**<br><br>Complaint Filed:         September 29, 2016<br>Current Response Date:   October 28, 2016<br>Proposed Response Date:  November 25, 2016 |

**IT IS HEREBY ORDERED**, after reviewing Defendant Navient Solutions, Inc.'s (**NSI**) *ex parte* application to extend time to respond to Plaintiff Sherri Johnson (**Plaintiff**)'s Complaint by 28 days pursuant to Local Rule 144(c), and good cause appearing, NSI's *ex parte* application is **GRANTED** and NSI shall have an extension of 28 days, up to and including November 25, 2016 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  10/31/2016

                                    /s/ John A. Mendez_____
                                    The Honorable John A. Mendez
                                    United States District Court Judge