# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| SHERRI JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-02327-JAM-AC<br><br>Assigned to Hon. John A. Mendez, Ctrm. 6<br><br>**ORDER GRANTING AMENDED STIPULATION TO AMEND SCHEDULING ORDER<br>(AS MODIFIED BY THE COURT)**<br><br>Complaint Filed:　September 29, 2016<br>Trial Date:　　　　October 30, 2017 |

　　　　THIS CAUSE is before the Court upon the Amended Stipulation by and between Plaintiff Sherri Johnson and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc. to amend the status and pretrial scheduling order (ECF No. 10).

　　　　GOOD CAUSE APPEARING, the court approves the Amended Stipulation and orders as follows:

　　　　1.　　The discovery cut-off deadline is continued to July 24, 2017;

　　　　2.　　The dispositive motion deadline is continued to September 5, 2017;

3. The hearing on the dispositive motions is continued to October 3, 2017 at 1:30 p.m.

4. The joint pre-trial statement deadline is continued to November 10, 2017;

5. The final pre-trial conference is continued to November 17, 2017 at 11:00 a.m.; and

6. **Trial is continued to January 22, 2018 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: 6/9/2017

/s/ John A. Mendez
Hon. John A. Mendez