Rachel Rebecca Stevens (261360)
Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 877-788-2864
rstevens@creditlaw.com
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHERRI JOHNSON, | Case No.: 2:16-cv-02327-JAM-AC |
| Plaintiff, | [PROPOSED] ORDER TO SEAL DOCUMENT PURSUANT TO L.R. 141 |
| v. |  |
| NAVIENT SOLUTIONS, INC., |  |
| Defendant. | Date: October 3, 2017 |
|  | Time: 1:30 p.m. |
|  | Location: 501 I Street, Courtroom 6 |
|  | Sacramento, CA 95814 |
|  | Hon. John A. Mendez, U.S.D.J. |
|  |  |
|  | Complaint Filed: September 29, 2016 |
|  | Trial Date: October 30, 2017 |

## ORDER

Pending before the Court is Plaintiff's Notice of Request to Seal Document Pursuant to L.R. 141. Plaintiff requests the Court seal Exhibit J. to her Motion for Summary Judgment (Docket Entry No. 18), excerpts of the call logs of Defendant

- 1 -

Navient Solutions, LLC f/k/a Navient Solutions, LLC ("Defendant"). Having reviewed the Notice of Request to Seal Documents and the proposed sealed document and GOOD CAUSE appearing therefore, Plaintiff's Request to Seal Document is GRANTED. The unredacted version of Ex. J. to Plaintiff's Motion for Summary Judgment (Docket Entry No. 18) shall be filed under seal and SHALL BE SEALED for the duration of this litigation and cannot be unsealed without subsequent order of this Court.

**IT IS SO ORDERED.**

9·7·2017

Hon. John A. Mendez
United States District Judge