Rachel Rebecca Stevens (261360)
Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 877-788-2864
rstevens@creditlaw.com
aginsburg@creditlaw.com
Attorneys for Plaintiff


FILED
SEP 15 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:16-cv-02327-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 3, 2017<br>Time:  1:30 p.m.<br>Location: 501 I Street, Courtroom 6<br>          Sacramento, CA 95814<br>Hon. John A. Mendez, U.S.D.J.<br><br>Complaint Filed: September 29, 2016<br>Trial Date: January 22, 2018 |

## ORDER

Pending before the Court is the Joint Stipulation of Plaintiff Sherri Johnson ("Plaintiff") and Defendant Navient Solutions, Inc. f/k/a Navient Solutions, Inc.

- 1 -

("Defendant") to withdraw Plaintiff's Motion for Summary Judgment, Dkt. No. 18, and Notice of Request to Seal Documents, Dkt. No. 20. After review of the stipulation, the Court concludes that the stipulation is **GRANTED**. Plaintiff's Motion (Docket Entry No. 18) and related Notice of Request to Seal Documents (Docket Entry No. 20) are hereby withdrawn.

**IT IS SO ORDERED.**

9-15-2017

Hon. John A. Mendez
United States District Judge