Rachel Rebecca Stevens (261360)
Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 877-788-2864
rstevens@creditlaw.com
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JOHNSON, | Case No.: 2:16-cv-02327-JAM-AC |
| Plaintiff, | **ORDER TO SEAL DOCUMENT PURSUANT TO L.R. 141** |
| v. | |
| NAVIENT SOLUTIONS, INC., | Date: October 3, 2017 |
| Defendant. | Time: 1:30 p.m. |
| | Location: 501 I Street, Courtroom 6 |
| | Sacramento, CA 95814 |
| | Hon. John A. Mendez, U.S.D.J. |
| | Complaint Filed: September 29, 2016 |
| | Trial Date: October 30, 2017 |

**ORDER**

Pending before the Court is Plaintiff's Notice of Request to Seal Document Pursuant to L.R. 141. Plaintiff requests the Court seal Exhibit K. to her Motion for Summary Judgment (Docket Entry No. 18), excerpts of the deposition of

Defendant Navient Solutions, LLC f/k/a Navient Solutions, LLC ("Defendant") wherein Defendant's internal policies and procedures are discussed and unredacted copies of Plaintiff's Statement of Genuine Disputes of Material Fact in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that refer to and discuss Exhibit K.

Having reviewed the Notice of Request to Seal Documents and the proposed sealed document and GOOD CAUSE appearing therefore, Plaintiff's Request to Seal Document is GRANTED. The unredacted versions of Plaintiff's Statement of Genuine Disputes of Material Fact in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and Exhibit K. to Plaintiff's Motion for Summary Judgment (Docket Entry No. 18) shall be filed under seal and SHALL BE SEALED for the duration of this litigation and cannot be unsealed without subsequent order of this Court.

**IT IS SO ORDERED**

**DATED: 9/19/2017**

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge