Dennis N. Lueck, Jr. (SBN CA 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Tyler A. Carle (SBN CA 298033)
tcarle@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC f/k/a
NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO

| | |
|---|---|
| SHERRI JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-02327-JAM-AC<br><br>**AMENDED STIPULATION TO EXTEND TIME TO FILE REPLY AND CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND RELATED DATES**<br><br>Complaint Filed: September 29, 2016 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sherri Johnson and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., through their respective attorneys of record, as follows:

WHEREAS, Mr. Lueck, lead counsel for Defendant, recently changed law firms from Akerman LLP to Hinshaw & Culbertson LLP;

WHEREAS, the file for this matter has not yet been transmitted from Akerman LLP to Hinshaw & Culbertson LLP;

WHEREAS, Mr. Lueck is currently staffing this matter, and the other matters he has transferred from Akerman LLP to Hinshaw & Culbertson;

WHEREAS, the Reply In Support of Defendant's Motion for Summary Judgment is currently due September 26, 2017;

WHEREAS, the hearing on Defendant's Motion for Summary Judgment is currently set for October 3, 2017;

WHEREAS, the parties have agreed to extend the deadline for Defendant to file its reply brief to October 31, 2017;

WHEREAS, the parties have agreed to reschedule the hearing on Defendant's Motion for Summary Judgment for November 7, 2017;

WHEREAS, pursuant to the Courts instruction, the parties must also reschedule the pretrial statement due date, the pretrial conference date, and the trial date,

WHEREAS, the parties agree that the parties' joint pretrial statement shall be due no later than January 19, 2018,

WHEREAS, the parties agree that the pretrial conference is continued to January 26, 2018, at 10:00 a.m.;

WHEREAS, the parties agree that the trial date is continued to March 12, 2018, at 9:00 a.m.;

WHEREAS, this is Defendant's first request for an extension of this deadline and continuance of the hearing;

**WHEREFORE**, the parties respectfully request that the Court enter an Order extending the deadline for Defendant to file its Reply in Support of its Motion for Summary Judgment to October 31, 2017; setting the hearing on Defendant's Motion for Summary Judgment on November 7, 2017; setting the deadline to file the parties joint pretrial statement for January 19, 2018; continuing the pretrial conference to January 26, 2018, at 10:00 a.m.; and continuing trial to March 12, 2018, at 9:00 a.m.

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

300505548v1 1002164

| | | |
|---|---|---|
| DATED: | September 28, 2017 | Hinshaw & Culbertson LLP |

By: /s/*Tyler A. Carle*
Dennis N. Lueck, Jr.
Tyler A. Carle

| | | |
|---|---|---|
| DATED: | September 28, 2017 | Kimmel & Silverman, P.C. |

By: ./s/ *Rachel R. Stevens*
Rachel R. Stevens
Attorney for Plaintiff
Sherri Johnson

I, Tyler A. Carle., am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Rachel R. Stevens has concurred in this filing.

/s/*Tyler A. Carle*

# ORDER

Good cause having been shown, the Court approves the Stipulation and orders the following:

1) The deadline for Defendant to file its Reply in Support of its Motion for Summary Judgment to October 31, 2017;

2) The hearing on Defendant's Motion for Summary Judgment is set for November 7, 2017 at 1:30 p.m.;

3) The deadline to file the parties' joint pretrial statement for January 19, 2018;

4) The pretrial conference is continued to January 26, 2018, at 10:00 a.m.; and

5) The trial date is continued to March 12, 2018, at 9:00 a.m.

**IT IS SO ORDERED**

**DATED: 9/28/2017**

/s/ John A. Mendez

United States District Court Judge

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

300505548v1 1002164