Dennis N. Lueck, Jr. (SBN CA 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Tyler A. Carle (SBN CA 298033)
tcarle@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC f/k/a
NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO

| | |
|---|---|
| SHERRI JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-02327-JAM-AC<br><br>**JOINT STIPULATION TO SET MEDIATION DEADLINE AND CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint Filed: September 29, 2016<br>Trial: March 12, 2018 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sherri Johnson and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., through their respective attorneys of record, as follows:

WHEREAS, after the Court's Order on Defendant's Motion for Summary Judgment, the parties began engaging in substantive settlement discussions in an effort to resolve this matter;

WHEREAS, in an effort to minimize cost, and preserve judicial resources, the Parties would like additional time to attend a voluntary mediation session;

| | |
|---|---|
| 1 | WHEREAS, the Parties believe that a voluntary mediation will be mutually beneficial to both parties in an effort to resolve this matter through settlement; |

WHEREAS, the Parties believe that a voluntary mediation will be mutually beneficial to both parties in an effort to resolve this matter through settlement;

WHEREAS, give the Parties' respective calendars, Defendant proposes and Plaintiff agrees that the voluntary mediation session should be held on the scheduled date of trial, March 12, 2018;

WHEREAS, in order to complete this mediation with the goal of minimizing costs and the use of judicial resources, the Parties request a short continuance of trial and all related dates so that the Parties are not incurring costs related to preparing for trial at the same time as attempting to resolve the case;

WHEREAS, the Pretrial Conference is currently set for January 26, 2018;

WHEREAS, Trial is currently set for March 12, 2018;

WHEREAS, the Parties agree that their Joint Pretrial Statement shall be due no later than May 2018, on a date that is convenient for the Court.

WHEREAS, the Parties agree that the pretrial conference is continued to May 2018, on a date and time that is convenient for the Court.

WHEREAS, the Parties agree that the trial date is continued to July 2018, on a date and time that is convenient for the Court;

**WHEREFORE**, the parties respectfully request that the Court enter an Order setting a deadline to conduct mediation by March 13, 2018, continuing the deadline to file the parties' joint pretrial statement to May 2018, on a date that is convenient for the court; continuing the pretrial conference to May, 2018, on a date and time that is convenient for the Court; and continuing trial to July 2018 or as soon thereafter as is convenient for the Court.

DATED: January 16, 2017            Hinshaw & Culbertson LLP

By: /s/ Tyler A. Carle
    Dennis N. Lueck, Jr.
    Tyler A. Carle
    Attorneys for Defendant
    NAVIENT SOLUTIONS, LLC

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301022860v1 1002164

| | | |
|---|---|---|
| DATED: January 16, 2017 | | Kimmel & Silverman, P.C. |
| | By: | /s/ Rachel R. Stevens |
| | | Rachel R. Stevens |
| | | Attorney for Plaintiff |
| | | Sherri Johnson |

I, Tyler A. Carle., am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Rachel R. Stevens has concurred in this filing.

/s/*Tyler A. Carle*

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

301022860v1 1002164

# ORDER

Good cause having been shown, the Court approves the Stipulation and orders the following:

1) The parties shall conduct voluntary mediation by March 13, 2018;

2) The deadline to file the parties' joint pretrial statement is May 11, 2018;

3) The pretrial conference is continued to May 18, 2018, at 10:00 a.m.; and

4) The trial date is continued to July 9, 2018, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 1/16/2018                  /s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States District Court
Eastern District of California