| | |
|---|---|
| 1 | DENNIS N. LUECK, JR. (SBN 292414) |
| | dlueck@hinshawlaw.com |
| 2 | HINSHAW & CULBERTSON LLP |
| | 633 West 5th Street, 47th Floor |
| 3 | Los Angeles, CA 90071-2043 |
| | Telephone: 213-680-2800 |
| 4 | Facsimile: 213-614-7399 |
| 5 | RENEE CHOY OHLENDORF (SBN 263939) |
| | rchoy@hinshawlaw.com |
| 6 | HINSHAW & CULBERTSON LLP |
| | One California Street, 18th Floor |
| 7 | San Francisco, CA 94111 |
| | Telephone: 415-362-6000 |
| 8 | Facsimile: 415-834-9070 |

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC,
FORMERLY KNOWN AS
NAVIENT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHERRI JOHNSON, | Case No. 2:16-cv-02327-JAM-AC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR FILING OF JOINT PRETRIAL STATEMENT BY TWO (2) COURT DAYS** |
| vs. | |
| NAVIENT SOLUTIONS, INC., | Date: August 10, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. John A. Mendez |
| | Courtroom: 6, 14th Floor |
| | Complaint Filed: September 29, 2016 |
| | Trial Date: October 1, 2018 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Sherri Johnson ("Plaintiff") and defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Defendant" or "NSL"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 144(a), hereby stipulate to extend the deadline for the filing of the parties' Joint Pretrial Statement by two (2) court days, to August 7, 2018.

1

The background and circumstances which establish good cause for the request herein are as follows:

1. On March 8, 2018, the Court entered an order continuing the Pretrial Conference to August 10, 2018. By operation of Local Rule 281(a)(2) and this Court's December 14, 2016 Order, the current deadline for the filing of the parties' Joint Pretrial Statement is August 3, 2018.

2. NSL contacted Plaintiff's attorneys on Monday, July 30, 2018, and Tuesday, July 31, 2018, to meet and confer on the Joint Pretrial Statement. Plaintiff provided NSL a draft Joint Pretrial Statement on July 31, 2018.

3. In its present form, the draft does not accurately reflect NSL's positions on the majority of the matters to be addressed under Local Rule 281(b). Accordingly, the parties respectfully submit that additional time is needed so that the final Joint Pretrial Statement may be properly prepared and filed with the Court.

**IT IS HEREBY STIPULATED** that the deadline for the parties' filing of the Joint Pretrial Statement be extended by two (2) court days, to August 7, 2018.

DATED: August 1, 2018     HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
Attorneys for Defendant
NAVIENT SOLUTIONS, LLC, FORMERLY KNOWN AS NAVIENT SOLUTIONS, INC.

DATED: August 1, 2018     Kimmel & Silverman, P.C.

By: ./s/ *Richard Albanese*
Richard Albanese
Attorneys for Plaintiff
SHERRI JOHNSON

I, Renee Choy Ohlendorf, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Richard Albanese has concurred in this filing.

/s/*Renee Choy Ohlendorf*

| | |
|---|---|
| 1 | **ORDER (AS MODIFIED BY THE COURT)** |
| 2 | Good cause having been shown, the Court approves the Stipulation and orders that the |
| 3 | deadline for the parties' filing of the Joint Pretrial Statement be extended by two (2) court days, to |
| 4 | **no later than 12:00 O'clock noon** on August 7, 2018. |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | DATED: 8/2/2018 /s/ John A. Mendez |
| 8 | Honorable John A. Mendez<br>Judge of the United States District Court<br>Eastern District of California |