# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JOHNSON, | Case No.: 2:16-cv-02327-JAM-AC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| NAVIENT SOLUTIONS, INC. | Pre-Trial Date: August 10, 2018 |
| | Trial time: 9:00 a.m. |
| Defendant. | Courtroom: 6 |
| | Trial Date: October 1, 2018 |
| | HON. JOHN A. MENDEZ, U.S.D.J. |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                   RESPECTFULLY SUBMITTED,

DATED: September 20, 2018      By: /s/ Amy L. Bennecoff Ginsburg
                                               Amy L. Bennecoff Ginsburg, Esq.
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Tel: 215-540-8888
                                               Fax: 215-540-8817
                                               aginsburg@creditlaw.com

                                               Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all counsel of record via CM/ECF system.


Dated: September 20, 2018				By: /s/ Amy L. Bennecoff Ginsburg