UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:16-cv-02327-JAM-AC |
| NAVIENT SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) ) ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Calvin Franklin Love* | */s/ Amy L. Bennecoff Ginsburg* |
| Calvin Franklin Love, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Vedder Price, LLP | Kimmel & Silverman, P.C. |
| 1925 Century Park East, Suite 1900 | 30 East Butler Pike |
| Los Angeles, CA 90067 | Ambler, PA 19002 |
| 424-204-7700 | Phone: 215-540-8888 |
| Fax: 424-204-7702 | Fax: 877-788-2864 |
| Email: clove@vedderprice.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: October 15, 2018 | Date: October 15, 2018 |

BY THE COURT:

_____
J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of October, 2018:

Calvin Franklin Love, Esq.
Vedder Price, LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
424-204-7700
Fax: 424-204-7702
Email: clove@vedderprice.com

Dennis Norman Lueck , Jr., Esq.
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
212-471-6200
Fax: 212-935-1166
Email: dlueck@hinshawlaw.com

Lisa Marie Simonetti, Esq.
Vedder Price P.C.
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
(424) 204 7700
Fax: (424) 204 7702
Email: lsimonetti@vedderprice.com

Renee Choy Ohlendorf, Esq.
Hinshaw & Culbertson Llp
One California Street, 18th Floor
San Francisco, CA 94111
415-393-0122
Fax: 415-834-9070
Email: rchoy@hinshawlaw.com
Attorney for the Defendant

            */s/ Amy L. Bennecoff Ginsburg*
            Amy L. Benecoff Ginsburg, Esq.
            Kimmel & Silverman, P.C.
            30 East Butler Pike
            Ambler, PA 19002
            Phone: 215-540-8888
            Fax: 877-788-2864
            Email: aginsburg@creditlaw.com
            Attorney for the Plaintiff